RECEIVED

AUG 2 2 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
MONROE LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| KAOUROU SAKHO | CIVIL ACTION NO. 05-0563 |
| VERSUS | JUDGE ROBERT G. JAMES |
| JOHN D. ASHCROFT, ET AL. | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, noting the absence of written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition for Writ of Habeas Corpus be DENIED and DISMISSED WITHOUT PREJUDICE as moot.

THUS ORDERED AND SIGNED in Chambers at Monroe, Louisiana, on this 22nd day of August, 2005.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE